IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NELLIE A. BALDRIDGE-MAYER                                              PLAINTIFF

v.                      NO. 1:18-cv-00063 PSH

NANCY A. BERRYHILL, Acting Commissioner                                DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Nellie A. Baldridge-Mayer.

IT IS SO ORDERED this 9th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE