IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


NELLIE A. BALDRIDGE-MAYER                                           PLAINTIFF


v.                          NO. 1:18-cv-00063 PSH


ANDREW SAUL, Commissioner of                                        DEFENDANT
the Social Security Administration


ORDER

Plaintiff Nellie A. Baldridge-Mayer ("Baldridge-Mayer") has filed the pending motion for attorney's fees under the Equal Access to Justice Act. In the motion, she seeks attorney's fees in the amount of $2,538.30, "which includes [$]34.05 in postage expenses." See Docket Entry 17 at CM/ECF 1. The Commissioner of the Social Security Administration ("Commissioner") has no objection to Baldridge-Mayer's motion.

The Court has reviewed Baldridge-Mayer's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the expenses incurred. The motion is granted, and attorney's fees and expenses in the total amount of $2,538.30 are awarded Baldridge-Mayer. Because the award belongs to Baldridge-Mayer and not her attorney, see Astrue v. Ratliff, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Baldridge-Mayer, in care of her attorney, Frederick S. Spencer ("Spencer"), and shall mail the check to Spencer at his Mountain Home, Arkansas, address.

IT IS SO ORDERED this 25th day of November, 2019.

                                                  UNITED STATES MAGISTRATE JUDGE